No. 3384
Second Circuit

CITY OF MONROE, ET AL.
v. COOPER, ET AL.

No. 3385
Second Circuit

CITY OF MONROE, ET AL.
v. BREARD

No. 3386
Second Circuit

CITY OF MONROE, ET AL.
v. HAWKS

No. 3387
Second Circuit

CITY OF MONROE, ET AL.
v. HUDSON

No. 3388
Second Circuit

CITY OF MONROE, ET AL.
v. BREARD, JR.

(November 12, 1928. Opinion and Decree.)

H. H. Russell; Theus, Grisham and Davis, of Monroe, attorneys for plaintiffs, appellees.

Hudson, Potts, Bernstein & Sholars, of Monroe, attorneys for defendants, appellants.

BY WHOLE COURT. This Court has no jurisdiction in this case, because the controversy involves the constitutionality or legality of a local improvement assessment imposed by the municipality of the City of Monroe. The Supreme Court has appellate jurisdiction in such cases (See Sec. 10, Art. VII, Constitution of 1921).

It is therefore ordered that this case be transferred to the Supreme Court.